```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```
B.D., on behalf of herself and
all others similarly situated,

                                                                                        JUDGMENT

                Plaintiff,                                19-CV-354(CBA)(SMG)

   v.

NEW YORK CITY DEPARTMENT OF HOUSING
PRESERVATION & DEVELOPMENT; and
MARIA TORRES-SPRINGER, in her official
capacity as Commissioner for the New York City
Department of Housing Preservation & Development,

                Defendants.
```
----------------------------------------------------------------X
```

      An Order of the Honorable Carol Bagley Amon, United States District Judge, having been filed on January 9, 2020, directing the Clerk of Court to enter judgment accordingly; it is

      ORDERED and ADJUDGED that the City of New York, on behalf of the defendants, shall pay plaintiff thirty-four thousand dollars ($34,000.00), inclusive of all attorneys' fees, expenses, and costs ("the settlement amount"); that payment of the settlement amount shall be made by mailing a check made payable to The Legal Aid Society at c/o Ellen Davidson 199 Water Street, 6''' Floor, New York, New York, 10038, in the amount of thirty-four thousand dollars ($34,000.00); that in addition, the City of New York shall also pay plaintiff nine-thousand, three-hundred and fifty-eight dollars and sixty-two cents ($9,358.62), by mailing a check made payable directly to plaintiff to The Legal Aid Society at c/o Ellen Davidson 199 Water Street, 6th Floor, New York, New York, 10038, in the amount of nine-thousand, three-hundred and fifty-eight dollars and sixty-two cents ("Recoupment check."); that Plaintiff shall pay $9,358.62 to the New York City Human Resources Administration by either assigning the Recoupment Check to the New York City Human Resources Administration or by submitting a check or money order in the amount of $9,358.62 made payable to the New York City Human

Resources Administration and submitting it to the New York City Human Resources Administration, Office of Program Accountability, c/o Bedros Boodanian, at 151 West Broadway, 6'" Floor, New York, New York 10013; and that the City of New York shall make payment of the settlement amount and issue the Recoupment Check within 90 days of receipt of the following: 1) a copy of this agreement executed by plaintiff and So-Ordered by the Court; 2) a release executed by plaintiff; and 3) an Affidavit of No Liens executed by plaintiff.

Dated: Brooklyn, New York  
       January 10, 2020

Douglas C. Palmer  
Clerk of Court

By: <u>*/s/Jalitza Poveda*</u>  
     Deputy Clerk